# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 98 CR 399 | **DATE** | 4/11/2000 |
| **CASE TITLE** | USA vs. Misael Montenegro | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Montenegro is assessed an initial partial filing fee of $7.19, and the Oxford trust fund officer is ordered to collect that partial filing fee and pay it directly to the Clerk of Court. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the total $105 filing fee is paid.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | APR 1 2 2000 date docketed | |
| | Docketing to mail notices. | | 108 |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| | | 4/11/2000 date mailed notice | |
| SN | courtroom deputy's initials | SN mailing deputy initials | |
| | | Date/time received in central Clerk's Office | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, )
                          )
          Plaintiff,      )
                          )
     v.                   )   No. 98 CR 399
                          )
MISAEL MONTENEGRO, 10124-424 )
                          )
          Defendant.      )

DOCKETED
APR 1 2 2000

MEMORANDUM OPINION AND ORDER

In connection with the appeal that Misael Montenegro ("Montenegro") has taken from his conviction in a jury trial before this Court, it issued a March 14, 2000 memorandum order that granted Montenegro's motion to proceed on appeal in forma pauperis on condition that he supplement his petition with the financial information required under 28 U.S.C. §1915 ("Section 1915"). Montenegro's counsel, who have been appointed by the Court of Appeals to act for him in pursuing the right to proceed on appeal in forma pauperis, have now provided information as to his trust fund account both at the Chicago Metropolitan Correctional Center and at FCI Oxford, Wisconsin ("Oxford," where he is now in custody).

This Court has made the requisite calculations under Section 1915(b)(1), and it has determined that the average monthly deposits into Montenegro's trust accounts during the six-month period preceding his September 14, 1999 notice of appeal came to $35.95,[1] with 20% of

---

[1] That figure exceeds the average monthly balance in those accounts.

108

that amount being $7.19. Accordingly, Montenegro is assessed an initial partial filing fee of $7.19, and the Oxford trust fund officer is ordered to collect that partial filing fee from Montenegro's trust fund account there and to pay it directly to the Clerk of Court ("Clerk").

After such payment, the trust fund officer at Oxford or any other correctional facility where Montenegro is confined is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the total $105 in filing fees is paid. Both the initial payment and all future payments shall be sent to the Clerk, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, attention: Fiscal Department, and shall clearly identify Montenegro's name and the 99 CR 399 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Oxford trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 11, 2000